IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| KARA ZILER and A.L.S., a minor through her parent and legal guardian Linda Stanton, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EAST TENNESSEE CHILDREN'S HOSPITAL ASSOCIATION, INC.,<br><br>Defendant. | Case No. 3:22-cv-00195 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Kara Ziler and A.L.S., a minor through her parent and legal guardian Linda Stanton, through their undersigned counsel, hereby give notice of voluntary dismissal of the above-captioned action, with each party to bear its own attorneys' fees and costs.

Dated: July 20, 2022

Respectfully submitted,

/s/ Kevin H. Sharp
Kevin H. Sharp, BPR No. 016287
Leigh Anne St. Charles, BPR No. 036945
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7000
Facsimile: (615) 434-7020
ksharp@sanfordheisler.com
lstcharles@sanfordheisler.com

Ben Barnow*
Anthony L. Parkhill*
Riley W. Prince*
**BARNOW AND ASSOCIATES, P.C.**

205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Telephone: 312.621.2000
Facsimile: 312.641.5504
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com
rprince@barnowlaw.com

Tina Wolfson*
Robert Ahdoot*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile: 310.474.8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com

Andrew W. Ferich*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: 310.474.9111
Facsimile: 310.474.8585
aferich@ahdootwolfson.com

*admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2022, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court via the Court's CM/ECF system, which will cause a copy to be electronically served upon all counsel of record.

/s/ Kevin H. Sharp
Kevin H. Sharp, BPR No. 016287
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7000
Facsimile: (615) 434-7020
ksharp@sanfordheisler.com